IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MARK and LADONYA BRYANT, | * |
| | * |
| Plaintiffs, | * |
| vs. | * No. 3:12-cv-00147-SWW |
| | * |
| | * |
| STATE FARM FIRE AND | * |
| CASUALTY COMPANY, | * |
| | * |
| Defendant. | * |

ORDER

The Court has become aware that Exhibit #12 to Document Entry #16 (Plaintiffs' Motion for Partial Summary Judgment) was inadvertently included in the public filing when it was intended to be filed under seal. The Clerk is directed to remove Exhibit #12 to Document Entry #16 from the public docket. Plaintiffs are directed to file Exhibit #12 to Document Entry #16 under seal within ten (10) days of the date of entry of this Order.

IT IS SO ORDERED this 4th day of January 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE