IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MARK and LADONYA BRYANT, | * |
| | * |
| Plaintiffs, | * |
| vs. | * No. 3:12-cv-00147-SWW |
| | * |
| | * |
| STATE FARM FIRE AND | * |
| CASUALTY COMPANY, | * |
| | * |
| Defendant. | * |

## ORDER

All deadlines set forth in the Final Scheduling Order [doc.#7] that have not already passed as of this date, including the deadline for filing motions in limine and for submitting jury instructions, are hereby continued and will be reset in an Amended Final Scheduling Order along with a new trial date (should the settlement conference prove unsuccessful).

IT IS SO ORDERED this 11th day of April 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE