IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK and LADONYA BRYANT,       \*
                                        \*

          Plaintiffs,        \*

vs.                                  \*  No. 3:12-cv-00147-SWW
                                          \*

                                        \*

STATE FARM FIRE AND         \*
CASUALTY COMPANY,          \*
                                        \*

          Defendant.        \*

<u>ORDER</u>

All deadlines set forth in the Final Scheduling Order [doc.#7] that have not already

passed as of this date, including the deadline for filing motions in limine and for

submitting jury instructions, are hereby continued and will be reset in an Amended Final

Scheduling Order along with a new trial date (should the settlement conference prove

unsuccessful).

IT IS SO ORDERED this 11th day of April 2013.

              <u>/s/Susan Webber Wright</u>
              UNITED STATES DISTRICT JUDGE