IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MARK and LADONYA BRYANT, | * |
| Plaintiffs, | * |
| vs. | *   No. 3:12-cv-00147-SWW |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant. | * |

ORDER

The joint motion [doc.#55] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 13th day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE