IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| MARK and LADONYA BRYANT, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | No. 3:12-cv-00147-SWW |
| | * | |
| | * | |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The joint motion [doc.#55] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 13th day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE